# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Iowa American Insurance Company

                                 Plaintiff,

v.                                          Case No.: 1:22−cv−00311
                                                 Honorable Sheila M. Finnegan

The Chamberlain Group, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing held on 5/17/2022. Counsel for Defendant Mormino does not appear. Plaintiff's oral motion to dismiss defendant Dean Mormino without prejudice pursuant to the stipulation of Plaintiff and Defendant Mormino [18−1] is granted. Defendant Mormino is dismissed without prejudice with Plaintiff and Defendant Mormino each to bear their own costs and fees. As between Plaintiff and Defendants The Chamberlain Group, Inc. and Duchossois Real Estate, Inc., the parties inform the Court that they have a fundamental disagreement as to whether any extrinsic evidence is relevant and admissible in this coverage action. If not, there is no need to take discovery in this case or to procure evidence that may be available from the underlying lawsuit. Plaintiff's motion to foreclose extrinsic evidence (or similar) is due by 5/27/2022, response is due by 6/20/2022, reply is due by 6/27/2022. Hearing on the motion (if any) is set on 6/30/2022 at 11:00 a.m. in courtroom 2214. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.