# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Iowa American Insurance Company

                                    Plaintiff,

v.                                                       Case No.: 1:22−cv−00311

                                                                           Honorable Sheila M. Finnegan

Duchossois Real Estate, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2024:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held 6/6/24. The parties resolved the case. Telephone status hearing set for 7/23/24 at 9:30 a.m. If a stipulation to dismiss is filed before then, the hearing will be stricken with no appearances necessary. The call−in number for the status hearing is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.