THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IOWA AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 22-cv-0311 |
| v. | ) ) | Hon. Judge Mary M. Rowland |
| | ) | Hon. Magistrate Judge Sheila Finnegan |
| DUCHOSSOIS REAL ESTATE, INC. a/k/a DUCHOSSOIS REAL ESTATE, LLC, THE CHAMBERLAIN GROUP, INC., and DEAN MORMINO, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Iowa American Insurance Company, and Defendants, Duchossois Real Estate, Inc. a/k/a Duchossois Real Estate, LLC, The Chamberlain Group, Inc., and Mr. Dean Mormino, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this matter, including any and all pending claims in this matter, with prejudice, without costs to either party.

Date: August 28, 2024

Respectfully Submitted,

**WALTON LAW GROUP, LLC**

BY: /s/ Gordon K. Walton, Esq
_____
Counsel for Plaintiff, Iowa American Insurance Company

Gordon K. Walton, Esq.
Walton Law Group, LLC
161 N. Clark Street, Suite 1600
Chicago, Illinois 61350
(main) (312) 523-2106
(fax) (312) 523-2001

1

gkwalton@waltonlawgroupllc.com
ARDC No.: 622632

Date: August 28, 2024

Respectfully Submitted,

**JOHNSON & BELL, LTD.**

BY: /s/ Glenn F. Fencl, Esq.
_____
Counsel for Defendants, Duchossois Real Estate, Inc. a/k/a Duchossois Real Estate, LLC, and The Chamberlain Group

Glenn F. Fencl, Esq. (Lead)
ARDC No.: 3126086
Steven Shear, Esq.
ARDC No.: 6275905
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
(main) (312) 372-0770
(fax) (312) 372-9818
fenclg@jbltd.com
sshears@jbltd.com

Date: August 28, 2024

Respectfully Submitted,

**COSTELLO, MCMAHON, GILBRETH & MURPHY, LTD.**

/s/ Thomas O. Plouff, Esq.
BY: _____
Counsel for Defendant, Dean Mormino

Thomas O. Plouff, Esq.
Costello, McMahon, Gilbreth & Murphy, Ltd.
150 North Wacker Drive, Suite 3050
Chicago, Illinois 60606
(main) (312) 541-9700
(fax) (312) 541-0520
tplouff@costellaw.com
ARDC No.: 6215589